IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00078-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DAWAUNE ELLIS,

 Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 Hearing on the supervised release violation will be held **February 15, 2011, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 28, 2010

               s/ Jane Trexler, Judicial Assistant